2011 UT App 187

**STATE of Utah, Plaintiff and Appellant,**

v.

**Luis Mirio CERON, Defendant and Appellee.**

No. 20090489–CA.

Court of Appeals of Utah.

June 9, 2011.

Mark L. Shurtleff and Laura B. Dupaix, Salt Lake City, for Appellant.

Ronald Fujino, Salt Lake City, for Appellee.

Before Judges McHUGH, ROTH, and CHRISTIANSEN.

### MEMORANDUM DECISION

McHUGH, Associate Presiding Judge:

¶ 1 The State appeals from the magistrate's pretrial order dismissing with prejudice the refiled information charging defendant Luis Ceron with one count of attempted murder with injury, *see* Utah Code Ann. § 76–5–203(2) (2008), and one count of aggravated kidnapping, *see id.* § 76–5–302.[1] The State argues that the magistrate erred when it dismissed Ceron's case with prejudice based on its conclusion that the prosecutor violated the standards articulated in *State v. Brickey*, 714 P.2d 644 (Utah 1986).

¶ 2 For the reasons stated in *State v. Pacheco–Ortega*, 2011 UT App 186, 257 P.3d 498, we reverse.

¶ 3 WE CONCUR: STEPHEN L. ROTH and MICHELE M. CHRISTIANSEN, Judges.

---

1. See *State v. Pacheco–Ortega*, 2011 UT App 186, ¶¶ 2–7, 257 P.3d 498, the case of Ceron's codefendant that was briefed concurrently with this case, for a detailed recitation of the facts relevant to this appeal.